■ JOHN J. CHAMBERS et al., Respondents, v. STATE OF NEW YORK, Appellant. (Claim No. 41173.) — MEMORANDUM BY THE COURT. On this appeal from an award in an appropriation case, we find no sound basis for the State's sole contention, which is, that the trial court relied "upon appraisal evidence which does not include an adjustment for essential differences" between the subject property and the comparables employed. Judgment affirmed, with costs. Gibson, P. J., Herlihy, Reynolds, Aulisi and Hamm, JJ., concur.